Construction of the Last Will and Testament of GEORGE SCHUSTER, Deceased, for an Order Directing the Executors to Execute the Power of Sale Referred to Therein. ELSIE RONAN and Others, Appellants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Motion for stay denied. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.

GEORGE H. JACKSON, Appellant, v. THE EMPLOYERS' LIABILITY ASSURANCE CORPORATION, LIMITED, Respondent.— Motion granted and the printing of appeal book, Exhibit 2, dispensed with. Either party may use or refer to the printed copy on argument. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.

Mrs. MARCUS J. KATZ, Respondent, v. SACUL REALTY Co., INC., Appellant.— Motion for reargument denied, with ten dollars costs. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.

MEYER KRAUSHAAR and EMANUEL CELLER, Appellants, v. SOLWIN W. SMITH and SMITH OF WHITEHALL, INC., Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.

LAND FINANCE CORPORATION, Respondent, v. FRANK GIORGIO, JR., Trustee in Bankruptcy of the NOX REALTY CORPORATION, Appellant, and Others, Defendants.— Motion to dismiss appeal denied. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.

SIMON J. LAPOF, Respondent, v. LINA POSTULNICK and ABRAHAM POSTULNICK, Appellants, and A. POSTULNICK REALTY CORPORATION, Defendant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Appeals from orders dated August 13, 1930, and August 23, 1930, respectively, were dismissed, for the reason, as stated in the decision, that they had been abandoned. In appellants' brief, submitted to this court upon the original appeal, the following statement appeared: "Appellants do not urge error in the making of the orders of Mr. Justice Humphrey and Mr. Justice Dodd." These were the orders of August 13 and August 23, 1930. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.

MARY O'KEEFE, as Administratrix, etc., of THOMAS P. O'KEEFE, Deceased, Respondent, v. WILLIAM HALSTEAD, Defendant. JOHN HERBERT KING and Others, Appellants.— Motion to resettle order denied. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.

ADRIAN M. POTTER, Respondent, v. MORRIS DIAMOND and Others, Appellants. — Motion to dismiss appeal granted, with ten dollars costs, and appeal dismissed, with ten dollars costs and disbursements. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.

ADRIAN M. POTTER, Respondent, v. MORRIS DIAMOND and Others, Appellants. — Motion to dismiss appeal granted, with ten dollars costs, and appeal dismissed, with ten dollars costs and disbursements. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.

ANNA SCHAFFER, Respondent, v. JACOB SCHAFFER, Appellant, and WILLIAM SCHAFFER and Others, Defendants.— Motion for stay granted. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.

LOUIS SHAPIRO, INC., Respondent, v. COLONNA HOLDING CORPORATION and